■ In the Matter of STANLEY N. RICHTER, an Attorney. — Motion granted and respondent reinstated as an attorney and counselor at law in the State of New York effective November 15, 1983. Concur — Kupferman, J. P., Sandler, Silverman, Milonas and Kassal, JJ.